Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE: §
Marcus Eliot Scott § 
 § CASE NO.: 10-70261-HdH-13
 §
Debtor §

## DEBTOR(S) CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor(s) move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

   F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

   G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.  I have made all payments required by my confirmed chapter 13 plan.

/s/Marcus Eliot Scott
Debtor

/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

## NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE CLOSE OF BUSINESS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDER TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2014, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor(s)

```
Label Matrix for local noticing          Kell Auto Sales, Inc. dba Kell Auto Sales     United States Trustee
0539-7                                   1610 Kell Blvd                                1100 Commerce Street
Case 10-70261-hdh13                      Wichita Falls, TX 76301-5156                  Room 976
Northern District of Texas                                                             Dallas, TX 75242-0996
Wichita Falls
Mon Mar 24 12:46:55 CDT 2014

1100 Commerce Street                     American National Bank                        Americredit
Room 1254                                2732 Midwestern Pkwy                          Po Box 181145
Dallas, TX 75242-1305                    Wichita Falls, TX 76308-2904                  Arlington, TX 76096-1145


Ascent Card Services LLC                 Christina Scott                               Clay CAD
Resurgent Capital Services               206 West Worth                                c/o Sherrel K. Knighton
PO Box 10587                             Byers, TX 76357                               Linebarger Goggan Blair & Sampson, LLP
Greenville, SC 29603-0587                                                              2323 Bryan Street Suite 1600
                                                                                       Dallas, TX 75201-2637


Clay County                              Collection                                    Continental
Tax Assessor Collector                   15 Union St                                   Attn: Recovery
A.G. Reis RPA, RTA, CTA                  Lawrence, MA 01840-1866                       PO Box 1566
P.O. Box 108                                                                           Manitowoc, WI 54221-1566
Henrietta, Texas 76365-0108


Credit Systems Intl In                   Douglas G. Cheney                             ER Solutions
1277 Country Club Ln                     1007 Easy Street                              PO Box 9004
Fort Worth, TX 76112-2304                Burkburnett, TX 76354-2620                    Renton, WA 98057-9004


Executive Services-Clin                  Fst Premier                                   (p)INTERNAL REVENUE SERVICE
1200 Austin St                           601 S Minnesota Ave                           CENTRALIZED INSOLVENCY OPERATIONS
Wichita Falls, TX 76301-4623             Sioux Falls, SD 57104-4824                    PO BOX 7346
                                                                                       PHILADELPHIA PA 19101-7346


Jefferson Capital Syst                   Jefferson Capital Systems LLC                 Kell Auto Sales
16 Mcleland Rd                           PO BOX 7999                                   1610 Kell Blvd
Saint Cloud, MN 56303-2160               SAINT CLOUD MN 56302-7999                     Wichita Falls, TX 76301-5156


Monte J. White & Associates              PRA Receivables Management, LLC               Palisad Coll-Drive Financial
1106 Brook Ave                           As Agent Of Portfolio Recovery Assocs.        Attention: Banktruptcy Department
Wichita Falls TX 76301-5009              c/o Americredit Financial Services,inc.       PO Box 1244
                                         POB 41067                                     Englewood Cliffs, NJ 07632-0244
                                         Norfolk VA 23541-1067


Palisades Collections, LLC               Portfolio Rc-Americredit                      Premier Bankcard/ Charter
Vativ Recovery Solutions LLC             Attn: Bankruptcy                              P.O. Box 2208
As Agent For Palisades Collections, LLC  PO Box 41067                                  Vacaville, CA 95696-8208
PO Box 19249                             Norfolk, VA 23541-1067
Sugar Land TX 77496-9249


Rwds660-dsb                              SFC Central Bankruptcy                        Service Loans
211 N Main                               PO Box 1893                                   2605 5th Street, Suite H
Blunt, SD 57522                          Spartanburg, SC 29304-1893                    Wichita Falls, TX 76301-1900
```

| | | |
|---|---|---|
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sun Loan Company<br>3146 5th St Ste H<br>Wichita Falls, TX 76301-1827 | (p)TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 |
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Marcus Eliot Scott<br>206 West Worth<br>Byers, TX 76357 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75246 | Sprint Nextel Correspondence<br>Attn: bankruptcy dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | (d)Sprint Nextel Distribution<br>Attn: bankruptcy dept<br>PO Box 3326<br>Englewood, CO 80155-3326 |
| Txu Energy<br>200 W John Carpenter Fwy<br>Irving, TX 75039 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Clay CAD | (d)Douglas G. Cheney<br>1007 Easy Street<br>Burkburnett, TX 76354-2620 | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients   2<br>Total   38 |