Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Marcus Eliot Scott | § | CASE NO. 10-70261-HdH-13 |
| | § | |
| Debtor | § | Hearing on May 14, 2014 |
| | § | 10:00 AM |

NOTICE OF HEARING ON Notice of Final Cure Payment

COMES NOW Marcus Eliot Scott, Debtor, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Trustee's Notice of Final Cure Payment is set before the Honorable Judge Harlin D. Hale, at 10:00 AM, May 14, 2014, in the United States Bankruptcy Court, Room 222, 1000 Lamar, Wichita Falls, Texas 76301.

/s/Monte J. White, Attorney for Debtor(s)

CERTIFICATE OF SERVICE

The undersigned hereby certified that on March 27, 2014, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White, Attorney for Debtor(s)

```
Label Matrix for local noticing          Kell Auto Sales, Inc. dba Kell Auto Sales    United States Trustee
0539-7                                    1610 Kell Blvd                              1100 Commerce Street
Case 10-70261-hdh13                       Wichita Falls, TX 76301-5156                Room 976
Northern District of Texas                                                            Dallas, TX 75242-0996
Wichita Falls
Thu Mar 27 11:38:42 CDT 2014

1100 Commerce Street                      American National Bank                      Americredit
Room 1254                                 2732 Midwestern Pkwy                        Po Box 181145
Dallas, TX 75242-1305                     Wichita Falls, TX 76308-2904                Arlington, TX 76096-1145


Ascent Card Services LLC                  Christina Scott                             Clay CAD
Resurgent Capital Services                206 West Worth                              c/o Sherrel K. Knighton
PO Box 10587                              Byers, TX 76357                             Linebarger Goggan Blair & Sampson, LLP
Greenville, SC 29603-0587                                                             2323 Bryan Street Suite 1600
                                                                                      Dallas, TX 75201-2637


Clay County                               Collection                                  Continental
Tax Assessor Collector                    15 Union St                                 Attn: Recovery
A.G. Reis RPA, RTA, CTA                   Lawrence, MA 01840-1866                     PO Box 1566
P.O. Box 108                                                                          Manitowoc, WI 54221-1566
Henrietta, Texas 76365-0108


Credit Systems Intl In                    Douglas G. Cheney                           ER Solutions
1277 Country Club Ln                      1007 Easy Street                            PO Box 9004
Fort Worth, TX 76112-2304                 Burkburnett, TX 76354-2620                  Renton, WA 98057-9004


Executive Services-Clin                   Fst Premier                                 (p)INTERNAL REVENUE SERVICE
1200 Austin St                            601 S Minnesota Ave                         CENTRALIZED INSOLVENCY OPERATIONS
Wichita Falls, TX 76301-4623              Sioux Falls, SD 57104-4824                  PO BOX 7346
                                                                                      PHILADELPHIA PA 19101-7346


Jefferson Capital Syst                    Jefferson Capital Systems LLC               Kell Auto Sales
16 Mcleland Rd                            PO BOX 7999                                 1610 Kell Blvd
Saint Cloud, MN 56303-2160                SAINT CLOUD MN 56302-7999                   Wichita Falls, TX 76301-5156


Monte J. White & Associates               PRA Receivables Management, LLC             Palisad Coll-Drive Financial
1106 Brook Ave                            As Agent Of Portfolio Recovery Assocs.      Attention: Banktruptcy Department
Wichita Falls TX 76301-5009               c/o Americredit Financial Services,inc.     PO Box 1244
                                          POB 41067                                   Englewood Cliffs, NJ 07632-0244
                                          Norfolk VA 23541-1067


Palisades Collections, LLC                Portfolio Rc-Americredit                    Premier Bankcard/ Charter
Vativ Recovery Solutions LLC              Attn: Bankruptcy                            P.O. Box 2208
As Agent For Palisades Collections, LLC   PO Box 41067                                Vacaville, CA 95696-8208
PO Box 19249                              Norfolk, VA 23541-1067
Sugar Land TX 77496-9249


Rwds660-dsb                               SFC Central Bankruptcy                      Service Loans
211 N Main                                PO Box 1893                                 2605 5th Street, Suite H
Blunt, SD 57522                           Spartanburg, SC 29304-1893                  Wichita Falls, TX 76301-1900
```

| | | |
|---|---|---|
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sun Loan Company<br>3146 5th St Ste H<br>Wichita Falls, TX 76301-1827 | (p)TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 |
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | John A. Leonard<br>Leonard, Key & Key<br>900 Eighth St., Suite 320<br>P.O. Box 8385<br>Wichita Falls, TX 76307-8385 | Marcus Eliot Scott<br>206 West Worth<br>Byers, TX 76357 |
| Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75246 | Sprint Nextel Correspondence<br>Attn: bankruptcy dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | (d)Sprint Nextel Distribution<br>Attn: bankruptcy dept<br>PO Box 3326<br>Englewood, CO 80155-3326 |
| Txu Energy<br>200 W John Carpenter Fwy<br>Irving, TX 75039 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Clay CAD | (d)Douglas G. Cheney<br>1007 Easy Street<br>Burkburnett, TX 76354-2620 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     2<br>Total                  39 |