Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave.
Wichita Falls, Texas 76301
(940) 723-0099
(940) 723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE:<br>Marcus Eliot Scott<br><br>    DEBTOR | §<br>§ CASE NO. 10-70261-HdH-13<br>§<br>§<br>§<br>§ | |

NOTICE OF DEBTOR ADDRESS CHANGE

    COMES NOW Marcus Eliot Scott, Debtor, and files this Notice of Address Change. Attorney for Debtor hereby notifies that proper address for service on Debtor is:

        1617 Deerpark Dr
        Wichita Falls, TX 76306

Dated: March 27, 2014

        Respectfully Submitted,


        /s/ Monte J. White
        Attorney for Debtor