Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424
(806) 748-1980
(806) 748-1956 FAX
FORM 1213.000014

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

**IN RE:**

**MARCUS ELIOT SCOTT**  **CASE NO:  10-70261-HDH-13**
 **DATED: May 23, 2014**

**DEBTOR(S)**

---

**STATUS REPORT OF CHAPTER 13 TRUSTEE**

---

Comes now the Chapter 13 Standing Trustee and files this report in the above referenced case at the Court's request. The Trustee would show the Court that the following item:

| | |
|---|---|
| __ | 1. Trustee's Motion to Dismiss |
| __ | 2. Debtor's Final Plan |
| __ | 3. First Meeting of Creditors |
| __ | 4. Final Report |
| _X_ | 5. Other |

is still outstanding due to the following reason:

| | |
|---|---|
| _X_ | 1. Continued to the next available docket at the Trustee's approval. |
| __ | 2. A Final Plan has been filed with the Court. |
| __ | 3. Final Plan has not been noticed by Debtor Attorney. |
| __ | 4. Trustee is awaiting an amended claim. |
| __ | 5. A second Final Plan has been generated and confirmation is set for _____. |
| __ | 6. The Final Plan has been sent to the Debtor Attorney and confirmation is set for _____. |
| _X_ | 7. Other:  Continued to the 6/18/14 docket. |

  /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

By: LaNita